```
Form 27 - GENERAL PURPOSE
            MAYERSON & ASSOCIATES
            ATTN:
US DISTRICT COURT       SOUTHERN/NY   COUNTY
-----------------------------------------------------
                                                          Index No. 08 CV 3175
P.B. AND M.R. ON BEHALF OF B.B.        plaintiff
                                                          Date Filed  .............
                 - against -
                                                          Office No.
NEW YORK CITY DEPARTMENT OF            defendant
EDUCATION                                                 Court Date:    / /
-----------------------------------------------------
     STATE OF NEW YORK, COUNTY OF NEW YORK        :SS:
```

**KENNETH WISSNER**     being duly sworn, deposes and says:
I am over 18 years of age, not a party to this action, and reside in the
State of New York.
   That on the  **31st  day of March, 2008**     at  **04:20 PM.**,                       at
   **%MICHAEL A.CARDOZO,ESQ.CORP.COUNSEL THE CITY OF NY**
   **LAW DEPT. 100 CHURCH ST.4TH FL.NY,NY 10007**
I served a true copy of the
   **SUMMONS AND COMPLAINT**
   **JUDGES RULES**

upon **NEW YORK CITY DEPARTMENT OF EDUCATION**
the **DEFENDANT** therein named,
by delivering to, and leaving personally with
   **MADELYN SANTANA,   LEGAL CLERK AUTHORIZED TO ACCEPT SERVICE**

a true copy of each thereof.

   Deponent describes the person served as aforesaid to the best of deponent's
ability at the time and circumstances of the aforesaid service as follows:
       SEX: **FEMALE**        COLOR: **BROWN**       HAIR: **BLACK**
       APP. AGE: **35**       APP. HT: **5:4**       APP. WT: **120**

OTHER IDENTIFYING FEATURES:


Sworn to before me this
31st   day of  March, 2008ni


                                          ..............................
SAMSON NEWMAN                             KENNETH WISSNER   721352
Notary Public, State of New York          AETNA   CENTRAL   JUDICIAL   SERVICES
   No.01NE-4783767                        225 BROADWAY, SUITE 1802
Qualified in NEW YORK COUNTY              NEW YORK, NY, 10007
Commission Expires 11/03/2009             Reference No: 7MA7120575

AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

SOUTHERN DISTRICT OF NEW YORK

P.B. and M.R., on behalf of B.B.,
Plaintiffs,

V.

New York City Department of Education,
Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 08 CV 3175

JUDGE STEIN

TO: (Name and address of defendant)

MICHAEL A. CARDOZO, ESQ.
CITY OF NEW YORK LAW DEPARTMENT
100 CHURCH STREET - 4TH FLOOR
NEW YORK - NY 10007

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Gary S. Mayerson
Mayerson & Associates
330 West 38th Street, Suite 600
New York, New York 10580

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

(BY) DEPUTY CLERK

DATE MAR 3 1 2008